**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Joann E. Sausman aka Jo Anne E. Sausman | CHAPTER 13 |
| Debtor(s) | BKY. NO. 16-10260 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of FAY SERVICING, LLC and index same on the master mailing list.

    Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
22 Apr 2021, 16:16:55, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322