IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Joann E. Sausman aka Jo Anne E. Sausman<br>Debtor(s) | CHAPTER 13 |
| U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust<br><br>Secured Creditor<br>vs. | NO. 16-10260 ELF |
| Joann E. Sausman aka Jo Anne E. Sausman<br>Debtor(s) | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. On March 3, 2021, Trustee William E. Miller filed a Notice of Final Cure as to Secured Creditor's claim, Claim 4-1, on the claims register.

2. On March 19, 2021, Secured Creditor's predecessor[1], LSF9 Master Participation Trust, filed a Response to the Notice of Final Cure stating that $8,821.84 was outstanding on the loan.

3. On April 26, 2021, Debtor filed an Objection to Notice of Final Cure Payment and Request for Counsel Fees, and on April 19, 2021, Debtor also filed a Motion for Determination of Final Cure and Mortgage Payment, both regarding the above-mentioned Response to Notice of Final Cure.

4. In full resolution of Debtor's Objection and Debtor's Motion, the undersigned have agreed and stipulated to the following:

---

[1] A Transfer of Claim was filed on April 14, 2021 to the instant Secured Creditor.

    a. Secured Creditor has agreed to accept $2,589.60 as payment in full of its claim.

    b. Funds in the amount of $2,589.60 have been received and applied by Secured Creditor, resulting in a zero loan balance.

    c. Secured Creditor will record a Satisfaction of Mortgage within sixty (60) days of this Stipulation's approval.

    d. Debtor's Objection and Debtor's Motions are otherwise withdrawn with prejudice.

5. The parties agree that a facsimile signature shall be considered an original signature.

Date: *June 14, 2021*

/s/ Rebecca A. Solarz, Esquire
Rebecca A. Solarz Esq.
Attorney for Secured Creditor

Date: 6/14/21

Robert H. Holber Esq.
Attorney for Debtor(s)

Approved by the Court this ___ day of _____, 2021. However, the court retains discretion regarding entry of any further order.

Bankruptcy Judge
Eric L. Frank