United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10260-elf |
| Joann E. Sausman | Chapter 13 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 16, 2021 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joann E. Sausman, 821 Ridley Creek Drive, Media, PA 19063-5029 |
| cr | | U.S. Bank Trust National Association, not in its i, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 16 2021 23:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 16 2021 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 16 2021 23:45:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 3

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 18, 2021 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 16, 2021 | Form ID: pdf900 | Total Noticed: 5 |

ANDREW L. SPIVACK
    on behalf of Creditor LSF9 Master Participation Trust andrew.spivack@brockandscott.com  wbecf@brockandscott.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor LSF9 Master Participation Trust cwohlrab@raslg.com

JEROME B. BLANK
    on behalf of Creditor LSF9 Master Participation Trust paeb@fedphe.com

KEVIN M. BUTTERY
    on behalf of Creditor LSF9 Master Participation Trust cdigianantonio@rascrane.com

LAUREN MOYER
    on behalf of Creditor LSF9 Master Participation Trust ecfmail@ecf.courtdrive.com

MARIO J. HANYON
    on behalf of Creditor LSF9 Master Participation Trust wbecf@brockandscott.com  wbecf@brockandscott.com

PAUL WILLIAM CRESSMAN
    on behalf of Creditor LSF9 Master Participation Trust paeb@fedphe.com

REBECCA ANN SOLARZ
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor FAY SERVICING  LLC bkgroup@kmllawgroup.com

ROBERT H. HOLBER
    on behalf of Debtor Joann E. Sausman rholber@holber.com

SARAH ELISABETH BARNGROVER
    on behalf of Creditor LSF9 Master Participation Trust amps@manleydeas.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Joann E. Sausman aka Jo Anne E. Sausman<br>Debtor(s) | CHAPTER 13 |
| U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust<br><br>Secured Creditor<br>vs. | NO. 16-10260 ELF |
| Joann E. Sausman aka Jo Anne E. Sausman<br>Debtor(s) | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. On March 3, 2021, Trustee William E. Miller filed a Notice of Final Cure as to Secured Creditor's claim, Claim 4-1, on the claims register.

2. On March 19, 2021, Secured Creditor's predecessor[1], LSF9 Master Participation Trust, filed a Response to the Notice of Final Cure stating that $8,821.84 was outstanding on the loan.

3. On April 26, 2021, Debtor filed an Objection to Notice of Final Cure Payment and Request for Counsel Fees, and on April 19, 2021, Debtor also filed a Motion for Determination of Final Cure and Mortgage Payment, both regarding the above-mentioned Response to Notice of Final Cure.

4. In full resolution of Debtor's Objection and Debtor's Motion, the undersigned have agreed and stipulated to the following:

---

[1] A Transfer of Claim was filed on April 14, 2021 to the instant Secured Creditor.

  a. Secured Creditor has agreed to accept $2,589.60 as payment in full of its claim.

  b. Funds in the amount of $2,589.60 have been received and applied by Secured Creditor, resulting in a zero loan balance.

  c. Secured Creditor will record a Satisfaction of Mortgage within sixty (60) days of this Stipulation's approval.

  d. Debtor's Objection and Debtor's Motions are otherwise withdrawn with prejudice.

5. The parties agree that a facsimile signature shall be considered an original signature.

Date: June 14, 2021

/s/ Rebecca A. Solarz, Esquire
Rebecca A. Solarz Esq.
Attorney for Secured Creditor

Date: 1/14/21

Robert H. Holber Esq.
Attorney for Debtor(s)

## ORDER

Approved by the Court this ___ day of _____, 2021. ~~However, the Court retains discretion regarding entry of any further order~~.

Date: 6/15/21

Bankruptcy Judge
Eric L. Frank