United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 16-10260-elf
Joann E. Sausman  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Jun 23, 2021     Form ID: 195     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joann E. Sausman, 821 Ridley Creek Drive, Media, PA 19063-5029 |
| cr | | U.S. Bank Trust National Association, not in its i, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor LSF9 Master Participation Trust andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor LSF9 Master Participation Trust cwohlrab@raslg.com |
| JEROME B. BLANK | on behalf of Creditor LSF9 Master Participation Trust paeb@fedphe.com |
| KEVIN M. BUTTERY | on behalf of Creditor LSF9 Master Participation Trust cdigianantonio@rascrane.com |
| LAUREN MOYER | on behalf of Creditor LSF9 Master Participation Trust ecfmail@ecf.courtdrive.com |
| MARIO J. HANYON | on behalf of Creditor LSF9 Master Participation Trust wbecf@brockandscott.com wbecf@brockandscott.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 23, 2021 | Form ID: 195 | Total Noticed: 2 |

PAUL WILLIAM CRESSMAN
    on behalf of Creditor LSF9 Master Participation Trust paeb@fedphe.com

REBECCA ANN SOLARZ
    on behalf of Creditor FAY SERVICING LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust bkgroup@kmllawgroup.com

ROBERT H. HOLBER
    on behalf of Debtor Joann E. Sausman rholber@holber.com

SARAH ELISABETH BARNGROVER
    on behalf of Creditor LSF9 Master Participation Trust amps@manleydeas.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: : Chapter 13

Joann E. Sausman : Case No. 16−10260−elf
    Debtor(s)

***ORDER***
_____

AND NOW, this day , June 23, 2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

97
Form 195