**Fill in this information to identify the case:**

Debtor 1: Joann E. Sausman aka Jo Anne E. Sausman

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: EASTERN District of Pennsylvania
(State)

Case number: 16-10260-elf

# Form 4100R
## Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** LSF9 Master Participation Trust

**Court claim no.** (if known): 4-1

**Last 4 digits** of any number you use to identify the debtor's account: 7 2 2 5

**Property address:** 821 Ridley Creek Drive
Number    Street

Media, Pennsylvania  19063
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ 7,371.84

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ 1,450.00

c. **Total**. Add lines a and b.    (c) $ 8,821.84

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 9 / 26 / 2020
MM / DD / YYYY

Form 4100R    **Response to Notice of Final Cure Payment**    page **1**

| Debtor 1 | Joann E. Sausman aka Jo Anne E. Sausman | Case number (*if known*) 16-10260-elf |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ /s/ Lauren M. Moyer, Esquire
Signature

Date 03 / 19 / 2021

Print: Lauren M. Moyer
First Name    Middle Name    Last Name

Title: Attorney for creditor

Company: McCabe, Weisberg & Conway, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 123 S. Broad Street, Suite 1400
Number    Street

Philadelphia, PA 19109
City    State    ZIP Code

Contact phone ( 215 ) 790 – 1010

Email ecfmail@mwc-law.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:   Joann E. Sausman aka Jo Anne E. Sausman<br><br>Debtor(s)<br><br>LSF9 Master Participation Trust, or its Successor or Assignee<br>          Movant<br>     vs.<br><br>WILLIAM C. MILLER, Esq., Trustee<br>Joann E. Sausman aka Jo Anne E. Sausman<br>          Respondent(s) | Chapter 13<br>Bankruptcy No. 16-10260-elf |

**CERTIFICATION OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

I, Lauren M. Moyer, attorney for LSF9 Master Participation Trust, hereby certify that I served a true and correct copy of the foregoing Response to Notice of Final Cure Payment, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: March 19, 2021

| | | |
|---|---|---|
| Joann E. Sausman aka Jo Anne E. Sausman<br>821 Ridley Creek Drive<br>Media, PA 19063 | Robert H. Holber<br>Attorney Robert H. Holber PC<br>41 East Front Street<br>Media, PA 19063<br>Attorney for Debtor | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105<br>Trustee<br><br>U.S. Trustee<br>Office of the United States Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, PA 19106 |

/s/ Lauren M. Moyer
LAUREN M. MOYER, ESQUIRE ID # 320589
JOHN M. KOLESNIK, ESQUIRE ID # 308877
Attorney for LSF9 Master Participation Trust
123 South Broad Street, Suite 1400
Philadelphia, PA 19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com